UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CIVIL ACTION NO. 5:08CV101-J

WILLIAM MARK PRESCOTT                                                                      PLAINTIFF

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                            DEFENDANT

### MEMORANDUM OPINION AND ORDER

Plaintiff William Mark Prescott seeks Disability Insurance Benefits which were denied by the Commissioner. This matter was referred to United States Magistrate Judge W. David King who recommends that the final decision of the Commissioner be affirmed and the plaintiff's Complaint dismissed.

Plaintiff has timely filed objections to the Magistrate's Report arguing that: 1) the social security appeals council committed procedural due process errors; 2) the residual functional capacity conclusions of the ALJ are inadequate and unsupported; and 3) the Step Five "other work" conclusions are defective and unsupported. Thorough review of the record in light of claimant's arguments reveals that the ALJ's conclusions are supported by substantial evidence of record. Nonetheless, justice may be better served if plaintiff again files his claim with the Social Security Administration. In sum, the issues in contention were sufficiently addressed in the Magistrate Judge's Report and Recommendation.

This Court has conducted a de novo review of the entire record and finds that the analyses and conclusions of the Magistrate Judge mirror those of the undersigned. The Court adopts the Magistrate Judge's Report and Recommendation in lieu of writing a separate opinion.

Accordingly, IT IS ORDERED:

1) The Magistrate Judge's Report and Recommendation is ADOPTED, and those findings and conclusions are incorporated by reference herein;

2) The final Decision of the Commissioner denying benefits is AFFIRMED; and

3) Plaintiff's Complaint is DISMISSED, with prejudice.

This is a final and appealable Memorandum Opinion and Order, and there is no just cause for delay.